EDWARD H. BURKE et al., Appellants, *v.* THE TRAVELERS'
INSURANCE COMPANY, Respondent.

*Burke* v. *Travelers' Ins. Co.*, 166 App. Div. 971, appeal dismissed.
(Submitted May 24, 1915; decided June 1, 1915.)

.MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered February 3, 1915, affirming
a judgment in favor of defendant entered upon a dis-
missal of the complaint by the court on trial at Special
Term in an action on contract.

The motion was made upon the ground that the Appel-
late Division had unanimously decided that the findings
of fact were supported by evidence; that the exceptions
presented no question of law for review and that the appeal
was frivolous.

*C. P. Moser* for motion.

*George McMillan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.